UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EDUVIGIS ARIAS,

                       Plaintiff,

     -against-

BAY DECORATORS, INC.,

                       Defendant.
------------------------------------------------------------------X

17 Civ. 02022 (CBA)(SMG)

**CERTIFICATE OF DEFAULT**

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y.
JUN - 1 2017
BROOKLYN OFFICE

    I, DOUGLAS C. PALMER, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that this action commenced on April 6, 2017 with the filing of a Summons and Complaint.

    A copy of the Summons and Complaint was served on Defendant BAY DECORATORS, INC. on April 17, 2017, by service on the New York Secretary of State in Albany, and proof of such service thereof was filed on April 21, 2017. (Docket No. 7).

    I further certify that the docket entries indicate that Defendant BAY DECORATORS, INC. has not filed an answer or otherwise moved with respect to the Complaint herein. The default of Defendant BAY DECORATORS, INC. is hereby noted.

Dated: Brooklyn, New York
            June 1, 2017

                                          DOUGLAS C. PALMER
                                          Clerk of Court

                            By: Janet Hamilton
                                Deputy Clerk