# LAW OFFICE OF
# YURIY MOSHES, P.C.

*Please reply to our NEW YORK CITY office*

322 West 48th Street, 6th FL  111 Northfield Ave, Suite 208A  517 Brighton Beach Ave., 2nd Floor
New York, NY 10036  West Orange, NJ 07052  Brooklyn, NY 11235

Tel. (888) 445-0234 Fax: (646) 843-7570

Yuriy Moshes, Esq.  Gennady Litvin, Esq.
Alex Umansky, Esq.  Jeffrey T. Rosenberg, Esq.
*Members of NJ and NY Bar.*  *Members of NY Bar.*

June 12, 2017

***Personal & Confidential***

Bay Decorators, Inc.
1829 Coney Island Avenue
Brooklyn, New York 11230

        Re:    Eduvigis Arias v. Bay Decorators, Inc.
              17 Civ. 02022 (CBA)(SMG)

Dear Sir or Madam:

    We represent the plaintiff, Eduvigis Arias, with respect to the above-referenced action for employment discrimination based on pregnancy and gender. Bay Decorators was served with a copy of the Summons and Complaint on April 17, 2017 and has failed to answer or otherwise respond.

    Accordingly, pursuant to Section 3(D) of Judge Amon's Individual Practices and Rules, attached please find a copy of Plaintiff's Notice of Motion for Default Judgment, Declaration of Counsel in Support of Plaintiff's Motion for Default Judgment, and Plaintiff's Memorandum of Law in Support of Default Judgment, all of which will be filed with the Court.

                                    Very truly yours,

                                    Jeffrey T. Rosenberg

Encl.