# LAW OFFICE OF
# YURIY MOSHES, P.C.

*Please reply to our NEW YORK CITY office*

| 322 West 48th Street, 6th FL | 111 Northfield Ave, Suite 208A | 517 Brighton Beach Ave., 2nd Floor |
| New York, NY 10036 | West Orange, NJ 07052 | Brooklyn, NY 11235 |

Tel. (888) 445-0234 Fax: (646) 843-7570

_____

| Yuriy Moshes, Esq. | | Gennady Litvin, Esq. |
| Alex Umansky, Esq. | | Jeffrey T. Rosenberg, Esq. |
| *Members of NJ and NY Bar.* | | *Members of NY Bar.* |

July 12, 2017

**Via ECF and First-Class Mail**
Honorable Carol Bagley Amon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

         Re:    **Arias v. Bay Decorators, Inc.**
                 **17-CV-2022 (CBA)(SMG)**

Your Honor:

      We represent Plaintiff Eduvigis Arias in the above-referenced action. Pursuant to Section 3(D) of Your Honor's Individual Practices and Rules, please find enclosed a courtesy copy of Plaintiff's fully briefed motion for default judgment. Specifically, enclosed please find Plaintiff's Notice of Motion for Default Judgment, Declaration of Counsel in Support of Plaintiff's Motion for Default Judgment along with Exhibits A-D, and Plaintiff's Memorandum of Law in Support of Default Judgment, all of which were filed electronically via ECF.

      We thank the Court for its attention to this matter.

                                  Respectfully submitted,

                                  /s/

                              Alex Umansky (AU7961)

Honorable Carol Bagley Amon
July 12, 2017
Page 2

cc:  (via ECF and first-class mail)

Honorable Steven M. Gold
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers 1217, Courtroom 13-D
Brooklyn, New York 11201

Kenny Gams (Owner)
Bay Decorators, Inc.
1829 Coney Island Avenue
Brooklyn, NY 11230